# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**
      **Plaintiff,**

    v.                                      Case No. 2:24-cr-29(1)
                                          JUDGE EDMUND A. SARGUS, JR.

**LORIE A. SCHAEFER,**
      **Defendant.**

## **ORDER**

This matter is before the Court on Defendant Lorie Schaefer's "Motion to Withdrawal [*sic*] Financial Report" and "Motion to Withdrawal [*sic*] Plea Agreement and Guilty Plea." (ECF No. 63.) In her Motion to Withdrawal Financial Report, Defendant advises that she received new information through discovery that was not considered when writing her financial report, and so she wants to withdraw that report. (*Id.* PageID 310.) She makes similar arguments in her Motion to Withdrawal Plea Agreement and Guilty Plea—she states that new information revealed through discovery necessitates "corrections and adjustments" to her plea agreement. (*Id.* PageID 311.) Both Motions are handwritten and signed by Defendant. (*Id.*) The Court therefore construes these filing as *pro se* Motions. Defendant is and has been represented by counsel since August 2023, and any such motion properly comes from her counsel.

"Although a criminal defendant has a constitutionally protected right to present [her] own defense in addition to a constitutionally protected right to be represented by counsel, [s]he has no right to hybrid representation." *United States v. Flowers*, 428 F. App'x 526, 530 (6th Cir. 2011) (citing *United States v. Cromer*, 389 F.3d 662, 680 (6th Cir. 2004); 28 U.S.C. § 1654). The Court will not consider *pro se* arguments where the defendant is represented by counsel. *See United*

*States v. Degroat*, No. 97-CR-20004-DT-1, 2009 WL 891699, at *1 (E.D. Mich. Mar. 31, 2009) (striking the defendant's *pro se* motion because, where defendant was represented by counsel, "all filings must be made by the attorney of record").

Accordingly, Defendant's Motions (ECF No. 63) are **STRICKEN** from the docket. This case remains open.

**IT IS SO ORDERED.**

**10/23/2024**                                                    **s/Edmund A. Sargus, Jr.**
**DATE**                                                               **EDMUND A. SARGUS, JR.**
                                                                              **UNITED STATES DISTRICT JUDGE**